FILED

07/29/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 20-0340



IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 20-0340

STATE OF MONTANA, ex rel., TIM FOX,

Plaintiff and Appellee,

v.

PHILIP MORRIS, INC., et al.,

Defendants and Appellants.

ORDER OF MEDIATOR APPOINTMENT

This appeal being subject to M.R.App.P. 7, and the parties having failed to jointly and timely select a mediator under M.R.App.P., 7(4),(c),

IT IS ORDERED THAT **Annie M. Goodwin, P.O. Box 1131, Helena, MT 59624, (406)458-1199, anniegoodwinlaw@gmail.com,** whose name appears next on the list of attorneys desiring appointment as mediators for Money Judgments appeals which is maintained pursuant to M.R.App.P., 7(4)(e), is hereby appointed to conduct the mediation process required by M.R.App.P., 7(5), and

IT IS FURTHER ORDERED that the time periods set forth in M.R.App.P., 7(5)(d) shall run from the date of this order of appointment.

A true copy of this order is being mailed to counsel of record for the parties, or to the parties individually if not represented by counsel, on the date hereof.

DATED this July 29, 2020.



Bowen Greenwood, Clerk of the Supreme Court

c:    Sean M. Morris, Nicholas J. Lofing, Robert J. Phillips, Charles E. Hansberry, Jenny M. Jourdonnais, Christopher David Abbott, David Robert Paoli, Mark W. Mattioli, Anne Winfield Yates, Paul M. Leisher, W. Scott Mitchell, John David Sullivan, Mark A. Loyd, A. Lauren Russow Nichols, Mark Baker, Alexander Shaknes, Elli Leibenstein, Thomas E. Dutton, Gregory E. Ostfeld, Robert J. Brookhiser, Carey Busen, Annie M. Goodwin